**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Oregon

Case number (*If known*): ____________

Chapter you are filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

6/24

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 1. **Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Erik<br>First name<br>Roy<br>Middle name<br>Timmons<br>Last name<br>____<br>Suffix (Sr., Jr., II, III) | Mary<br>First name<br>Grace<br>Middle name<br>Timmons<br>Last name<br>____<br>Suffix (Sr., Jr., II, III) |
| 2. **All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and doing business as names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | Mary Grace Curtis |
| 3. **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | xxx – xx – 3 7 0 0<br>OR<br>9 xx – xx – ____ | xxx – xx – 4 7 7 5<br>OR<br>9 xx – xx – ____ |

Debtor 1 Erik Roy Timmons & Mary Grace Timmons
First Name Middle Name Last Name

Case number (if known)

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | 93-0966272<br>EIN<br>93-1294126<br>EIN<br><br>EIN<br><br>EIN | 81-4909272<br>EIN<br><br>EIN<br><br>EIN<br><br>EIN |
| **5. Where you live** | 17043 SW Cobblestone Drive<br>Number Street<br><br>Sherwood OR 97140<br>City State ZIP Code<br>Washington County<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number Street<br><br>P.O. Box<br><br>City State ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number Street<br><br>City State ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number Street<br><br>P.O. Box<br><br>City State ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 Erik Roy Timmons & Mary Grace Timmons
First Name Middle Name Last Name

Case number (*if known*) ______

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

**8. How you will pay the fee**

- [x] **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- [ ] **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- [ ] **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- [x] No
- [ ] Yes.

District ______ When ______ Case number ______

District ______ When ______ Case number ______

District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- [x] No
- [ ] Yes.

Debtor ______ Relationship to you ______

District ______ When ______ Case number, if known ______

Debtor ______ Relationship to you ______

District ______ When ______ Case number, if known ______

**11. Do you rent your residence?**

- [x] No. Go to line 12.
- [ ] Yes. Has your landlord obtained an eviction judgment against you?
  - [ ] No. Go to line 12.
  - [ ] Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1 Erik Roy Timmons & Mary Grace Timmons
First Name Middle Name Last Name

Case number (*if known*)

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

Timmons Solutions LLC
Name of business, if any

17043 SW Cobblestone Drive
Number Street

Sherwood OR 97140
City State ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a small business debtor?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Debtor 1 Erik Roy Timmons & Mary Grace Timmons
First Name Middle Name Last Name

Case number (*if known*)

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

15. **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 Erik Roy Timmons & Mary Grace Timmons — Case number (*if known*)
First Name Middle Name Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☑ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

______________________

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ [signature] — Signature of Debtor 1 — Executed on 03/18/2026 (MM / DD / YYYY)

✘ [signature] (Mar 24, 2026 09:10:26 PDT) — Signature of Debtor 2 — Executed on 03/18/2026 (MM / DD / YYYY)

Debtor 1 Erik Roy Timmons & Mary Grace Timmons
First Name Middle Name Last Name

Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✘ /s/ Joseph A. Field
Signature of Attorney for Debtor

Date 03/18/2026
MM / DD / YYYY

Joseph Field
Printed name

FIELD JERGER LLC
Firm name

PO Box 13326
Number Street

Portland OR 97213
City State ZIP Code

Contact phone 5035153310 Email address joe@fieldjerger.com

940710 OR
Bar number State

**Fill in this information to identify your case:**

Debtor 1: Erik Roy Timmons
First Name Middle Name Last Name

Debtor 2 (Spouse, if filing): Mary Grace Timmons
First Name Middle Name Last Name

United States Bankruptcy Court for the: District of Oregon

Case number ________________ (If known)

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 950,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 125,320.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 1,075,320.00 |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $ 777,091.16 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 8,044,780.64 |
| **Your total liabilities** | $ 8,821,871.80 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* | $ 11,231.68 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* | $ 10,888.26 |

Debtor 1 Erik Timmons & Mary Timmons
First Name Middle Name Last Name

Case number (*if known*)

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income***: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ ____________

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F***:

| **From Part 4 on *Schedule E/F*, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ |
| 9d. Student loans. (Copy line 6f.) | $ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ |
| 9g. **Total.** Add lines 9a through 9f. | $ |

**Fill in this information to identify your case and this filing:**

Debtor 1: Erik Roy Timmons
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): Mary Grace Timmons
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Oregon

Case number (if know): ____________

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   - ☐ No. Go to Part 2
   - ☑ Yes. Where is the property?

1.1

17043 SW Cobblestone Drive
Street address, if available, or other description

Sherwood OR 97140
City State ZIP Code

Washington County
County

**What is the property?** Check all that apply
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other____________

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $ 950,000.00 | $ 950,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

____________

☐ **Check if this is community property**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......** ➤ $950,000.00

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - ☐ No
   - ☑ Yes

3.1 Make: Audi
Model: e-tron
Year: 2023
Approximate mileage: 18000
Other information:
Condition:Good

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 23,000.00 | $ 23,000.00 |

3.2 Make: Volvo
Model: XC60
Year: 2016
Approximate mileage: 70000
Other information:
Condition:Fair

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 9,300.00 | $ 9,300.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
- ☑ No
- ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**.......➤ $32,300.00

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
- ☐ No
- ☑ Yes. Describe.......... Appliances, kitchenware, furniture — $ 3,000.00

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
- ☐ No
- ☑ Yes. Describe.......... iPhones, TVx, XBox, cameras — $ 1,000.00

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
- ☑ No
- ☐ Yes. Describe.......... — $ 0.00

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
- ☐ No
- ☑ Yes. Describe.......... Bicycles, golf clubs — $ 2,500.00

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe..........

Mossberg Patriot 300 Win Mag - Fair condition
Mossberg 500 Shotgun - Fair condition
Ruger 10/22 Takedown - Fair condition

$ 500.00

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe..........

Everyday clothing and accessories

$ 500.00

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe..........

Wedding rings, watches

$ 1,500.00

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe.........

Household dog, 8 years old

$ 0.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information...

$ 0.00

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .......................................................... ➤ $ 9,000.00

**Part 4: Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes.......................................................... Cash .......................... $ ______

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes..................

| | Institution name: | |
|---|---|---|
| 17.1. Checking account: | US Bank | $ 5,000.00 |
| 17.2. Checking account: | Unitus Credit Card Union | $ 2,500.00 |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes..................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them...........

| Name of entity: | % of ownership: | |
|---|---|---|
| Timmons Solutions LLC | 100 % | $ 4,500.00 |
| Northwest Sports and Outdoors, LLC | 25 % | $ Unknown |
| RJD, Incorporated (presently winding up) | 50 % | $ Unknown |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........

Issuer name:

$

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately

| Type of account: | Institution name: | Value: |
|---|---|---|
| 401(k) or similar plan: | Newport Group | $ 1,000.00 |
| Pension plan: | | $ 0.00 |
| IRA: | | $ 0.00 |
| Retirement account: | | $ 0.00 |
| Keogh: | | $ 0.00 |
| Additional account: | | $ 0.00 |
| Additional account: | | $ 0.00 |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes...

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes......................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☐ No
☑ Yes...................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

OregonSaves (one account per child, total is for all three) $ 71,020.00

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

| | |
|---|---|
| Federal: | $ 0.00 |
| State: | $ 0.00 |
| Local: | $ 0.00 |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information....

| | |
|---|---|
| Alimony: | $ 0.00 |
| Maintenance: | $ 0.00 |
| Support: | $ 0.00 |
| Divorce settlement: | $ 0.00 |
| Property settlement: | $ 0.00 |

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information....

31. **Interests in insurance policies**

☐ No
☑ Yes. Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Banner Life (Key Man Insurance) - $1,000,000 | Yorke & Curtis, Inc. | $ 0.00 |
| Genworth Financial - $500,000 | Erik Timmons | $ 0.00 |
| Banner Life - $500,000.00 | Mary Timmons | $ 0.00 |

32. **Any interest in property that is due you from someone who has died**

☑ No
☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No
☐ Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Give specific information....

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information...

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**............................➤ $ 84,020.00

Debtor 1 Erik Roy Timmons & Mary Grace Timmons Case number (if known) ______

First Name Middle Name Last Name

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

- [x] No. Go to Part 6.
- [ ] Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

- [x] No
- [ ] Yes. Describe...

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

- [x] No
- [ ] Yes. Describe...

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

- [x] No
- [ ] Yes. Describe...

41. **Inventory**

- [x] No
- [ ] Yes. Describe...

42. **Interests in partnerships or joint ventures**

- [x] No
- [ ] Yes. Describe...

43. **Customer lists, mailing lists, or other compilations**

- [x] No
- [ ] Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

44. **Any business-related property you did not already list**

- [x] No
- [ ] Yes. Give specific information...

45. **Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ........➤ $0.00

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.

If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

- [x] No. Go to Part 7.
- [ ] Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

- [x] No
- [ ] Yes...

48. **Crops—either growing or harvested**

- [x] No
- [ ] Yes. Give specific information...

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

- [x] No
- [ ] Yes...

50. **Farm and fishing supplies, chemicals, and feed**

- [x] No
- [ ] Yes...

51. **Any farm- and commercial fishing-related property you did not already list**

- [x] No
- [ ] Yes. Give specific information...

52. **Add the dollar value of the portion you own for all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........➤ $0.00

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

- [x] No
- [ ] Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........➤ $0.00

## Part 8: List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. **Part 1: Total real estate, line 2** ........➤ | | | $950,000.00 |
| 56. **Part 2: Total vehicles, line 5** | $ 32,300.00 | | |
| 57. **Part 3: Total personal and household items, line 15** | $ 9,000.00 | | |
| 58. **Part 4: Total financial assets, line 36** | $ 84,020.00 | | |
| 59. **Part 5: Total business-related property, line 45** | $ 0.00 | | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $ 0.00 | | |
| 61. **Part 7: Total other property not listed, line 54** | + $ 0.00 | | |
| 62. **Total personal property. Add lines 56 through 61** ........ | $ 125,320.00 | Copy personal property total➤ | +$ 125,320.00 |
| 63. **Total of all property on Schedule A/B. Add line 55 + line 62** | | | $ 1,075,320.00 |

**Fill in this information to identify your case:**

Debtor 1: Erik Roy Timmons
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): Mary Grace Timmons
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Oregon

Case number (If known): ____________

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 17043 SW Cobblestone Drive<br>Line from *Schedule A/B:* 1.1 | $950,000.00 | ☑ $ 300,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 18.395(1)(A) |
| Brief description: 2016 Volvo XC60<br>Line from *Schedule A/B:* 3.2 | $9,300.00 | ☑ $ 6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 18.345 (1)(d) |
| Brief description: Household Goods - Appliances, kitchenware, furniture<br>Line from *Schedule A/B:* 6 | $3,000.00 | ☑ $ 3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 18.345 (1) (f) |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No
☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
  ☑ No
  ☐ Yes

Debtor Erik Roy Timmons & Mary Grace Timmons Case number (if known)
First Name Middle Name Last Name

**Part 2: Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Electronics - iPhones, TVx, XBox, cameras<br>Line from *Schedule A/B:* 7 | $1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 18.345 (1) (f) |
| Brief description: Firearms - Mossberg Patriot 300 Win Mag - Fair condition<br>Mossberg 500 Shotgun - Fair condition<br>Ruger 10/22 Takedown - Fair condition<br>Line from *Schedule A/B:* 10 | $500.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 18.362 |
| Brief description: Clothing - Everyday clothing and accessories<br>Line from *Schedule A/B:* 11 | $500.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 18.345 (1) (b) |
| Brief description: Jewelry - Wedding rings, watches<br>Line from *Schedule A/B:* 12 | $1,500.00 | ☑ $ 1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 18.345 (1)(b) |
| Brief description: Newport Group<br>Line from *Schedule A/B:* 21 | $1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 18.358, 18.348 |
| Brief description: OregonSaves (one account per child, total is for all three)<br>Line from *Schedule A/B:* 24 | $71,020.00 | ☑ $ 71,020.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 18.358, 18.348 |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1: Erik Roy Timmons
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): Mary Grace Timmons
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Oregon

Case number (if know) ______

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

| 2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.1 **Describe the property that secures the claim:** | $ 130,500.00 | $ 950,000.00 | $ 0.00 |

**2.1**

Cenlar FSB
Creditor's Name

425 Phillips Blvd.
Number Street

Ewing NJ 08618
City State ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** 04/2022

**Describe the property that secures the claim:** 17043 SW Cobblestone Drive - $950,000.00 2nd mortgage used to purchase home, interest only payment

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ______

**Last 4 digits of account number** 9533

**2.2**

Holly Reed
Creditor's Name
23725 SW Brittany Ln
Number Street
Sherwood OR 97140
City State ZIP Code

**Describe the property that secures the claim:** $ **5,000.00** $ **9,300.00** $ **0.00**

2016 Volvo XC60 - $9,300.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred**

**Last 4 digits of account number**

**2.3**

Rocket Companies, Inc.
Creditor's Name
1050 Woodward Ave.
Number Street
Detroit MI 48226
City State ZIP Code

**Describe the property that secures the claim:** $ **606,073.30** $ **950,000.00** $ **0.00**

17043 SW Cobblestone Drive - $950,000.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** **04/2022**

**Last 4 digits of account number** 7961

**2.4**

Santander Consumer USA
Creditor's Name
Attn: Bankruptcy Department
Number Street
PO Box 961245

Fort Worth TX 76161
City State ZIP Code

**Describe the property that secures the claim:** $ **35,517.86** $ **23,000.00** $ **12,517.86**

2023 Audi e-tron - $23,000.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** **09/2025**

**Last 4 digits of account number** 2388

**Add the dollar value of your entries in Column A on this page. Write that number here:** $ **777,091.16**

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have**

**additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

**Fill in this information to identify your case:**

Debtor 1: Erik Roy Timmons
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): Mary Grace Timmons
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Oregon

Case number (if know) ____________

☐ Check if this is an amended filing

# Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☑ **No. Go to Part 2.**
   - ☐ **Yes.**

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ **No. You have nothing else to report in this part. Submit to the court with your other schedules.**
   - ☑ **Yes. Fill in all of the information below.**

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

4.1 Aldrich Advisors
Nonpriority Creditor's Name
5665 Meadows Road #200
Number Street
Lake Oswego OR 97035
City State ZIP Code

**Last 4 digits of account number**
**When was the debt incurred?** ____________

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Accountant for Clubhouse Partners VAN, Clubhouse Partners BVTN & Clubhouse Partners PDX

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.2 Bank of America
Nonpriority Creditor's Name
Attn: Bankruptcy Department
Number Street
475 Cross Point Pkwy, PO Box 9000
Getzville NY 14068
City State ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** 7341
**When was the debt incurred?** 2025

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Business CC for Timmons Solutions

$ 24,420.25

4.3 Capital One
Nonpriority Creditor's Name
Attn: General Correspondence
Number Street
PO Box 30285
Salt Lake City UT 84130
City State ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** 5048
**When was the debt incurred?** 2025

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Business CC - Clubhouse Partners PDX, LLC

$ 21,888.74

4.4 Capital One
Nonpriority Creditor's Name
Attn: General Correspondence
Number Street
PO Box 30285
Salt Lake City UT 84130
City State ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** 9740
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Business CC - Clubhouse Partners VAN, LLC

$ 2,982.06

4.5 Capital One
Nonpriority Creditor's Name
Attn: General Correspondence
Number Street
PO Box 30285
Salt Lake City UT 84130
City State ZIP Code

**Last 4 digits of account number** 7336
**When was the debt incurred?** 2025

$ 456.79

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Credit Card Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.6 Capital One
Nonpriority Creditor's Name
Attn: General Correspondence
Number Street
PO Box 30285
Salt Lake City UT 84130
City State ZIP Code

**Last 4 digits of account number** 9968
**When was the debt incurred?** 2025

$ 5,984.70

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Credit Card Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.7 CenterCal Properties, LLC
Nonpriority Creditor's Name
3200 Park Center Drive, Suite 1250
Number Street
Costa Mesa CA 92626
City State ZIP Code

**Last 4 digits of account number**
**When was the debt incurred?**

$ 347,976.67

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Personally guaranteed retail space lease for Clubhouse Partners PDX, LLC

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.8 Fundbox Inc. / Intuit
Nonpriority Creditor's Name
5760 Legacy Dr Ste B3-535
Number Street
Plano TX 75024
City State ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Business LOC - Clubhouse Partners PDX, LLC - obtained by one of the partners

$ Unknown

---

4.9 Kirkwood Properties Two, LLC
Nonpriority Creditor's Name
2101 NE 129th St. Suite 200
Number Street
Vancouver WA 98686
City State ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Personally guaranteed retail space lease for Clubhouse Partners VAN, LLC

$ 925,372.76

---

4.10 Legacy Emanuel Medical Center
Nonpriority Creditor's Name
501 N Graham St
Number Street
Portland OR 97227
City State ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Medical Services

$ Unknown

4.11 Madeleine C Duarte, MD
Nonpriority Creditor's Name
700 SW Campus Dr.
Number Street
Portland OR 97239
City State ZIP Code

**Last 4 digits of account number**
**When was the debt incurred?**

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Medical Services

4.12 Metropolitan Pediatrics Bridgeport
Nonpriority Creditor's Name
7213 SW Hazel Fern Road
Number Street
Portland OR 97224
City State ZIP Code

**Last 4 digits of account number**
**When was the debt incurred?**

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Medical Services

4.13 Oregon Health and Science University Hospital
Nonpriority Creditor's Name
3181 Sw Sam Jackson Park Rd
Number Street
Portland OR 97239
City State ZIP Code

**Last 4 digits of account number**
**When was the debt incurred?**

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Medical Services

4.14 Providence Bridgeport Health Center
Nonpriority Creditor's Name
18040 SW Lower Boones Ferry Rd #102
Number Street
Portland OR 97224
City State ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Medical Services

$ Unknown

4.15 Randall Children's Hospital at Legacy
Nonpriority Creditor's Name
2801 N Gantenbein Ave
Number Street
Portland OR 97227
City State ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Medical Services

$ Unknown

4.16 Schnitzer Properties, LLC
Nonpriority Creditor's Name
PO Box 4500, Unit 39
Number Street
Portland OR 97208
City State ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Personally guaranteed retail space lease for Clubhouse Partners BVTN, LLC

$ 3,861,464.9

4.17 Square Financial Services, Inc.
Nonpriority Creditor's Name
Attn: Legal Department
Number Street
1455 Market Street, Suite 600

San Francisco CA 94103
City State ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 39N4
**When was the debt incurred?** 03/2025

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Business LOC - Clubhouse Partners VAN, LLC

$ 56,855.62

4.18 Square Financial Services, Inc.
Nonpriority Creditor's Name
Attn: Legal Department
Number Street
1455 Market Street, Suite 600

San Francisco CA 94103
City State ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** YF0T
**When was the debt incurred?** 03/2025

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Business LOC - Clubhouse Partners BVTN, LLC

$ 37,072.28

4.19 State of Washington
Nonpriority Creditor's Name
Department of Revenue
Number Street
PO Box 1648

Vancouver WA 98668
City State ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 0376
**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

$ 13,282.30

4.20 Summit Bank
Nonpriority Creditor's Name
96 East Broadway
Number Street
Eugene OR 97401
City State ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?** 03/2021

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Collateral of RDJ, Inc.

$ 460,636.00

---

4.21 Summit Bank
Nonpriority Creditor's Name
96 East Broadway
Number Street
Eugene OR 97401
City State ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?** 08/2023

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

$ 1,426,337.0

---

4.22 Summit Bank
Nonpriority Creditor's Name
96 East Broadway
Number Street
Eugene OR 97401
City State ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?** 04/2022

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

$ 820,954.00

4.23 TaylorMade Golf Company, Inc.
Nonpriority Creditor's Name
5545 Fermi Court
Number Street
Carlsbad CA 92008
City State ZIP Code

**Last 4 digits of account number** 4351
**When was the debt incurred?** 2025

$ 3,886.82

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Business LOC - Clubhouse Partners VAN, LLC

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

4.24 Washington County
Nonpriority Creditor's Name
Dept of Assessment
Number Street
155 N. 1st Ave., Suite 130, MS8

Hillsboro OR 97124
City State ZIP Code

**Last 4 digits of account number**
**When was the debt incurred?**

$ 10,120.90

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

4.25 Washington County
Nonpriority Creditor's Name
Dept of Assessment
Number Street
155 N. 1st Ave., Suite 130, MS8

Hillsboro OR 97124
City State ZIP Code

**Last 4 digits of account number**
**When was the debt incurred?**

$ 25,088.84

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For**

**example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Amy Edwards, Esq.
Creditor's Name
Stoel Rives LLP
Number Street
760 SW Ninth Ave., Suite 3000

Portland OR 97205
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.7 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

**Last 4 digits of account number**

---

Aubray N Canale, RN
Creditor's Name
2801 N. Gatenbein Ave.
Number Street
Portland OR 97227
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.15 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Caitlin E Wetzel Curry, MD
Creditor's Name
2801 N. Gatenbein Ave.
Number Street
Portland OR 97227
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.15 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Firstsource Advantage
Creditor's Name
205 Bryant Woods South
Number Street
Buffalo NY 14228
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.2 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 7341

---

Holli Parker, RN
Creditor's Name
2801 N Gantenbein Ave
Number Street
Portland OR 97227
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.15 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Joshua D. Stadtler, Esq.
Creditor's Name
Dunn Carney
Number Street
851 SW Sixth Ave. Suite 1500

Portland OR 97204
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.16 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

Joshua D. Stadtler, Esq.
Creditor's Name
Dunn Carney
Number Street
851 SW Sixth Ave. Suite 1500

Portland OR 97204
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.9 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 8,044,780.64 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 8,044,780.64 |

**Fill in this information to identify your case:**

Debtor 1: Erik Roy Timmons
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): Mary Grace Timmons
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Oregon

Case number (if know)

☐ Check if this is an amended filing

# Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Vivint Security (Name)<br>62992 Collections Drive (Street)<br>Chicago IL 60693 | Security company for Clubhouse Partners BVTN, LLC (not personally guaranteed) Lessee |
| 2.2 | Comcast Business (Name)<br>Attn: Legal Department 1701 John F. Kennedy Blvd. (Street)<br>Philadelphia PA 19103 | Cable service for Clubhouse Partners VAN, Clubhouse Partners BVTN & Clubhouse Partners PDX (not personally guaranteed) Lessee |
| 2.3 | Mood Media / Play Network (Name)<br>2100 S IH-35, Frontage Road Suite 201 (Street)<br>Austin TX 78704 | Sound system for Clubhouse Partners VAN, Clubhouse Partners BVTN, Clubhouse Partners PDX (not personally guaranteed) Less |

**2.4**

Bargreen Ellingson
Name
6626 Tacoma Mall Blvd
Street
Tacoma WA 98409

Equipment leases for Clubhouse Partners VAN, Clubhouse Partne
BVTN & Clubhouse Partners PDX (not personally guaranteed)
Lessee

**Fill in this information to identify your case:**

Debtor 1: Erik Roy Timmons (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): Mary Grace Timmons (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: District of Oregon

Case number (if know) ______

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☐ No
   - ☑ Yes
2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No. Go to line 3.
   - ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.1 | Clubhouse Partners PDX, LLC (Name)<br>7059 SW Nyberg St (Street)<br>Tualatin (City) OR (State) 97062 (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.20<br>☐ Schedule G, line ____ |
| 3.2 | Northwest Sports and Outdoors LLC (Name)<br>16933 SW Cobblestone Dr (Street)<br>Sherwood (City) OR (State) 97140 (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.20<br>☐ Schedule G, line ____ |
| 3.3 | Clubhouse Partners VAN, LLC (Name)<br>100 N Howard St Ste R (Street)<br>Spokane (City) WA (State) 99201 (ZIP Code) | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.22<br>☐ Schedule G, line ____ |

3.4 Northwest Sports and Outdoors LLC
Name
16933 SW Cobblestone Dr
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.22
☐ Schedule G, line

3.5 Clubhouse Partners BVTN, LLC
Name
3805 SW 17th Ave, Ste 120
Street
Beaverton OR 97005
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.21
☐ Schedule G, line

3.6 Northwest Sports and Outdoors LLC
Name
16933 SW Cobblestone Dr
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.21
☐ Schedule G, line

3.7 Clubhouse Partners VAN, LLC
Name
100 N Howard St Ste R
Street
Spokane WA 99201
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.19
☐ Schedule G, line

3.8 Clubhouse Partners PDX, LLC
Name
7059 SW Nyberg St
Street
Tualatin OR 97062
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.25
☐ Schedule G, line

3.9 Clubhouse Partners BVTN, LLC
Name
4480 SW 101St Ave
Street
Beaverton OR 97005
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.24
☐ Schedule G, line

3.10 William Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.22
☐ Schedule G, line

3.11 William Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.21
☐ Schedule G, line

3.12
William Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.20
☐ Schedule G, line

3.13
William Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.24
☐ Schedule G, line

3.14
William Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.19
☐ Schedule G, line

3.15
William Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.25
☐ Schedule G, line

3.16
Clubhouse Partners VAN, LLC
Name
100 N Howard St Ste R
Street
Spokane WA 99201
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.4
☐ Schedule G, line

3.17
William Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.4
☐ Schedule G, line

3.18
Clubhouse Partners PDX, LLC
Name
7059 SW Nyberg St
Street
Tualatin OR 97062
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.3
☐ Schedule G, line

3.19
William Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.3
☐ Schedule G, line

3.20 Clubhouse Partners BVTN, LLC
Name
4480 SW 101St Ave
Street
Beaverton OR 97005
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.18
☐ Schedule G, line

3.21 William Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.18
☐ Schedule G, line

3.22 Clubhouse Partners VAN, LLC
Name
100 N Howard St Ste R
Street
Spokane WA 99201
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.17
☐ Schedule G, line

3.23 William Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.17
☐ Schedule G, line

3.24 Northwest Sports and Outdoors LLC
Name
16933 SW Cobblestone Dr
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.17
☐ Schedule G, line

3.25 Northwest Sports and Outdoors LLC
Name
16933 SW Cobblestone Dr
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.4
☐ Schedule G, line

3.26 William Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.23
☐ Schedule G, line

3.27 Northwest Sports and Outdoors LLC
Name
16933 SW Cobblestone Dr
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.3
☐ Schedule G, line

3.28 Northwest Sports and Outdoors LLC
Name
16933 SW Cobblestone Dr
Street
Sherwood OR 97140
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.18
- ☐ Schedule G, line

3.29 Clubhouse Partners VAN, LLC
Name
100 N Howard St Ste R
Street
Spokane WA 99201
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.23
- ☐ Schedule G, line

3.30 Northwest Sports and Outdoors LLC
Name
16933 SW Cobblestone Dr
Street
Sherwood OR 97140
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.23
- ☐ Schedule G, line

3.31 Elizabeth Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.22
- ☐ Schedule G, line

3.32 Elizabeth Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.20
- ☐ Schedule G, line

3.33 Emery Management Services, Inc.
Name
20347 SW Lavender Pl
Street
Sherwood OR 97140
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.21
- ☐ Schedule G, line

3.34 Michelle Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.21
- ☐ Schedule G, line

3.35 Michael Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.21
- ☐ Schedule G, line

3.36 Michael Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.3
☐ Schedule G, line

3.37 Clubhouse Partners PDX, LLC
Name
7059 SW Nyberg St
Street
Tualatin OR 97062
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.7
☐ Schedule G, line

3.38 William Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.7
☐ Schedule G, line

3.39 Northwest Sports and Outdoors LLC
Name
16933 SW Cobblestone Dr
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.7
☐ Schedule G, line

3.40 Clubhouse Partners VAN, LLC
Name
100 N Howard St Ste R
Street
Spokane WA 99201
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.9
☐ Schedule G, line

3.41 William Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.9
☐ Schedule G, line

3.42 Northwest Sports and Outdoors LLC
Name
16933 SW Cobblestone Dr
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.9
☐ Schedule G, line

3.43 Clubhouse Partners BVTN, LLC
Name
4480 SW 101St Ave
Street
Beaverton OR 97005
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.16
☐ Schedule G, line

3.44 William Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.16
- ☐ Schedule G, line

3.45 Northwest Sports and Outdoors LLC
Name
16933 SW Cobblestone Dr
Street
Sherwood OR 97140
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.16
- ☐ Schedule G, line

3.46 Elizabeth Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.21
- ☐ Schedule G, line

3.47 Michael Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.18
- ☐ Schedule G, line

3.48 Stephen Emery
Name
20347 SW Lavender Pl
Street
Sherwood OR 97140
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.21
- ☐ Schedule G, line

3.49 Michael Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.22
- ☐ Schedule G, line

3.50 Michelle Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.22
- ☐ Schedule G, line

3.51 Michelle Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.20
- ☐ Schedule G, line

3.52 Michael Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.20
☐ Schedule G, line

3.53 Northwest Sports and Outdoors LLC
Name
16933 SW Cobblestone Dr
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.24
☐ Schedule G, line

3.54 Michael Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.24
☐ Schedule G, line

3.55 Northwest Sports and Outdoors LLC
Name
16933 SW Cobblestone Dr
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.19
☐ Schedule G, line

3.56 Michael Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.19
☐ Schedule G, line

3.57 Northwest Sports and Outdoors LLC
Name
16933 SW Cobblestone Dr
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.25
☐ Schedule G, line

3.58 Michael Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.25
☐ Schedule G, line

3.59 Michael Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line 4.4
☐ Schedule G, line

3.60 Clubhouse Partners PDX, LLC
Name
7059 SW Nyberg St
Street
Tualatin OR 97062
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.8
- ☐ Schedule G, line

3.61 Northwest Sports and Outdoors LLC
Name
16933 SW Cobblestone Dr
Street
Sherwood OR 97140
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.8
- ☐ Schedule G, line

3.62 Michael Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.23
- ☐ Schedule G, line

3.63 Michael Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.17
- ☐ Schedule G, line

3.64 William Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.8
- ☐ Schedule G, line

3.65 Michael Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.8
- ☐ Schedule G, line

3.66 Timmons Solutions, LLC
Name
17043 SW Cobblestone
Street
Beaverton OR 97005
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.2
- ☐ Schedule G, line

3.67 Clubhouse Partners BVTN, LLC
Name
4480 SW 101St Ave
Street
Beaverton OR 97005
City State ZIP Code

- ☐ Schedule D, line
- ☐ Schedule E/F, line
- ☑ Schedule G, line 2.1

3.68 Northwest Sports and Outdoors LLC
Name
16933 SW Cobblestone Dr
Street
Sherwood OR 97140
City State ZIP Code

- ☐ Schedule D, line
- ☐ Schedule E/F, line
- ☑ Schedule G, line 2.1

3.69 William Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

- ☐ Schedule D, line
- ☐ Schedule E/F, line
- ☑ Schedule G, line 2.1

3.70 Elizabeth Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

- ☐ Schedule D, line
- ☐ Schedule E/F, line
- ☑ Schedule G, line 2.1

3.71 Michelle Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

- ☐ Schedule D, line
- ☐ Schedule E/F, line
- ☑ Schedule G, line 2.1

3.72 Michael Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

- ☐ Schedule D, line
- ☐ Schedule E/F, line
- ☑ Schedule G, line 2.1

3.73 Elizabeth Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.7
- ☐ Schedule G, line

3.74 Michelle Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.7
- ☐ Schedule G, line

3.75 Michael Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.7
- ☐ Schedule G, line

3.76 Elizabeth Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.9
- ☐ Schedule G, line

3.77 Michelle Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.9
- ☐ Schedule G, line

3.78 Michael Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.9
- ☐ Schedule G, line

3.79 Elizabeth Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.16
- ☐ Schedule G, line

3.80 Stephen Emery
Name
20347 SW Lavender Pl
Street
Sherwood OR 97140
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.16
- ☐ Schedule G, line

3.81 Clubhouse Partners PDX, LLC
Name
7059 SW Nyberg St
Street
Tualatin OR 97062
City State ZIP Code

- ☐ Schedule D, line
- ☐ Schedule E/F, line
- ☑ Schedule G, line 2.2

3.82 Northwest Sports and Outdoors LLC
Name
16933 SW Cobblestone Dr
Street
Sherwood OR 97140
City State ZIP Code

- ☐ Schedule D, line
- ☐ Schedule E/F, line
- ☑ Schedule G, line 2.2

3.83 Clubhouse Partners VAN, LLC
Name
100 N Howard St Ste R
Street
Spokane WA 99201
City State ZIP Code

- ☐ Schedule D, line
- ☐ Schedule E/F, line
- ☑ Schedule G, line 2.2

3.84 Clubhouse Partners BVTN, LLC
Name
4480 SW 101St Ave
Street
Beaverton OR 97005
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.2

3.85 William Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.2

3.86 Emery Management Services, Inc.
Name
20347 SW Lavender Pl
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.2

3.87 Stephen Emery
Name
20347 SW Lavender Pl
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.2

3.88 Elizabeth Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.2

3.89 Michelle Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.2

3.90 Michael Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.2

3.91 Clubhouse Partners PDX, LLC
Name
7059 SW Nyberg St
Street
Tualatin OR 97062
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.3

3.92 Northwest Sports and Outdoors LLC
Name
16933 SW Cobblestone Dr
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.3

3.93 Clubhouse Partners VAN, LLC
Name
100 N Howard St Ste R
Street
Spokane WA 99201
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.3

3.94 Clubhouse Partners BVTN, LLC
Name
4480 SW 101St Ave
Street
Beaverton OR 97005
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.3

3.95 William Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.3

3.96 Elizabeth Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.3

3.97 Emery Management Services, Inc.
Name
20347 SW Lavender Pl
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.3

3.98 Stephen Emery
Name
20347 SW Lavender Pl
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.3

3.99 Michelle Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.3

3.100 Michael Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.3

3.101 Clubhouse Partners PDX, LLC
Name
7059 SW Nyberg St
Street
Tualatin OR 97062
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.4

3.102 Northwest Sports and Outdoors LLC
Name
16933 SW Cobblestone Dr
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.4

3.103 Clubhouse Partners VAN, LLC
Name
100 N Howard St Ste R
Street
Spokane WA 99201
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.4

3.104 Clubhouse Partners BVTN, LLC
Name
4480 SW 101St Ave
Street
Beaverton OR 97005
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.4

3.105 William Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.4

3.106 Elizabeth Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.4

3.107 Emery Management Services, Inc.
Name
20347 SW Lavender Pl
Street
Sherwood OR 97140
City State ZIP Code

☐ Schedule D, line
☐ Schedule E/F, line
☑ Schedule G, line 2.4

3.108 Stephen Emery
Name
20347 SW Lavender Pl
Street
Sherwood OR 97140
City State ZIP Code

- [ ] Schedule D, line
- [ ] Schedule E/F, line
- [x] Schedule G, line 2.4

3.109 Michelle Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

- [ ] Schedule D, line
- [ ] Schedule E/F, line
- [x] Schedule G, line 2.4

3.110 Michael Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

- [ ] Schedule D, line
- [ ] Schedule E/F, line
- [x] Schedule G, line 2.4

3.111 Emery Management Services, Inc.
Name
20347 SW Lavender Pl
Street
Sherwood OR 97140
City State ZIP Code

- [ ] Schedule D, line
- [ ] Schedule E/F, line
- [x] Schedule G, line 2.1

3.112 Stephen Emery
Name
20347 SW Lavender Pl
Street
Sherwood OR 97140
City State ZIP Code

- [ ] Schedule D, line
- [ ] Schedule E/F, line
- [x] Schedule G, line 2.1

3.113 Clubhouse Partners VAN, LLC
Name
100 N Howard St Ste R
Street
Spokane WA 99201
City State ZIP Code

- [ ] Schedule D, line
- [x] Schedule E/F, line 4.1
- [ ] Schedule G, line

3.114 Clubhouse Partners PDX, LLC
Name
7059 SW Nyberg St
Street
Tualatin OR 97062
City State ZIP Code

- [ ] Schedule D, line
- [x] Schedule E/F, line 4.1
- [ ] Schedule G, line

3.115 Northwest Sports and Outdoors LLC
Name
16933 SW Cobblestone Dr
Street
Sherwood OR 97140
City State ZIP Code

- [ ] Schedule D, line
- [x] Schedule E/F, line 4.1
- [ ] Schedule G, line

3.116 Clubhouse Partners BVTN, LLC
Name
4480 SW 101St Ave
Street
Beaverton OR 97005
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.1
- ☐ Schedule G, line

3.117 William Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.1
- ☐ Schedule G, line

3.118 Elizabeth Farnum
Name
16933 SW Cobblestone Drive
Street
Sherwood OR 97140
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.1
- ☐ Schedule G, line

3.119 Emery Management Services, Inc.
Name
20347 SW Lavender Pl
Street
Sherwood OR 97140
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.1
- ☐ Schedule G, line

3.120 Stephen Emery
Name
20347 SW Lavender Pl
Street
Sherwood OR 97140
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.1
- ☐ Schedule G, line

3.121 Michelle Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.1
- ☐ Schedule G, line

3.122 Michael Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.1
- ☐ Schedule G, line

3.123 Michelle Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line 4.16
- ☐ Schedule G, line

3.124 Michael Barrett
Name
11881 SW Barcelona Street
Street
Wilsonville OR 97070
City State ZIP Code

- [ ] Schedule D, line
- [x] Schedule E/F, line 4.16
- [ ] Schedule G, line

3.125 Emery Management Services, Inc.
Name
20347 SW Lavender Pl
Street
Sherwood OR 97140
City State ZIP Code

- [ ] Schedule D, line
- [x] Schedule E/F, line 4.16
- [ ] Schedule G, line

**Fill in this information to identify your case:**

Debtor 1: Erik Roy Timmons
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): Mary Grace Timmons
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Oregon

Case number (If known): ______

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | General Contractor | Executive Assistant |
| Employer's name | Yorke & Curtis, Inc. | Little Bird Boutique |
| Employer's address | 4480 SW 101st Ave (Number Street)<br>Beaverton, OR 97005 (City State ZIP Code) | 606 E 1st St (Number Street)<br>Newberg, OR 97132 (City State ZIP Code) |
| How long employed there? | 22 years | 2 years |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 13,800.00 | $ 800.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $ 0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 13,800.00 | $ 800.00 |

Debtor 1 Erik Roy Timmons & Mary Grace Timmons Case number (if known)

First Name Middle Name Last Name

| | Line | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** → | 4. | $ 13,800.00 | $ 800.00 |
| 5. **List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 2,581.32 | $ 97.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 690.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: | 5h. | + $ 0.00 | + $ 0.00 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 3,271.32 | $ 97.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 10,528.68 | $ 703.00 |
| 8. **List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: | 8h. | + $ 0.00 | + $ 0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 0.00 |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. 10. $ 10,528.68 + $ 703.00 = $ 11,231.68

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: 11. + $

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies 12. $ 11,231.68

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

- ☑ No.
- ☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1: Erik Roy Timmons
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): Mary Grace Timmons
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Oregon (State)

Case number (If known): ____________

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date: ______ MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☐ No. Go to line 2.
   - ☑ Yes. **Does Debtor 2 live in a separate household?**
     - ☑ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.
   - ☐ No
   - ☑ Yes. Fill out this information for each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 17 | ☐ No ☑ Yes |
| Daughter | 15 | ☐ No ☑ Yes |
| Daughter | 13 | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ☑ No
   - ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 4,262.20 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 500.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 75.00 |

Debtor 1 Erik Roy Timmons & Mary Grace Timmons (First Name, Middle Name, Last Name) — Case number (*if known*)

| | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 900.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 150.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 225.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 425.00 |
| 6d. Other. Specify: | 6d. | $ 0.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 500.00 |
| 8. **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 500.00 |
| 10. **Personal care products and services** | 10. | $ 500.00 |
| 11. **Medical and dental expenses** | 11. | $ 0.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 150.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 500.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 200.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ 60.00 |
| 15b. Health insurance | 15b. | $ 0.00 |
| 15c. Vehicle insurance | 15c. | $ 585.00 |
| 15d. Other insurance. Specify: | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ 0.00 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ 656.06 |
| 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. Other. Specify: Additional monthly expenses on CC. | 17c. | $ 700.00 |
| 17d. Other. Specify: | 17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify: | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a. Mortgages on other property | 20a. | $ 0.00 |
| 20b. Real estate taxes | 20b. | $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1 Erik Roy Timmons — Case number (if known) ______
First Name Middle Name Last Name

21. **Other.** Specify: ______ 21. +$ 0.00
+$ ______
+$ ______

22. **Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | 22a. | $ 10,888.26 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a | 22b. | $ |
| and 22b. The result is your monthly expenses. | 22c. | $ 10,888.26 |

23. **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 (*your combined monthly income*) from *Schedule I.* | 23a. | $ 11,231.68 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. | – $ 10,888.26 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $ 343.42 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:

**Fill in this information to identify your case:**

Debtor 1: Erik Roy Timmons
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): Mary Grace Timmons
First Name / Middle Name / Last Name

United States Bankruptcy Court for the District of Oregon

Case number (If known) ____________________

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person ____________________. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ [signature]
Signature of Debtor 1

Date 03/18/2026
MM / DD / YYYY

✗ [signature] Mary Timmons (Mar 24, 2026 09:10:26 PDT)
Signature of Debtor 2

Date 03/18/2026
MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1: Erik Roy Timmons
First Name Middle Name Last Name

Debtor 2 (Spouse, if filing): Mary Grace Timmons
First Name Middle Name Last Name

United States Bankruptcy Court for the: District of Oregon

Case number (if know)

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ **Married**
☐ **Not married**

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

## Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ **No**
☑ **Yes. Fill in the details.**

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 27,953.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 800.00 |
| **For last calendar year:** (January 1 to December 31, 2025) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 188,816.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 12,156.00 |
| **For the calendar year before that:** (January 1 to December 31, 2024) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 220,303.00 | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 5,960.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?** *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.
☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider.

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: Schnitzer Properties, LLC vs Clubhouse Partners BVTN, LLC et al<br>Case number: 25CV51346 | Breach of Contract for $3,861,464.91; Date filed: 09/18/2025 | Circuit Court of OR, Washington County (Court Name)<br>150 N 1st Ave., MS37 (Number Street)<br>Hillsboro OR 97123 (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title: Kirkwood Properties Two, LLC vs Clubhouse Partners VAN, LLC et al<br>Case number: 25CV52658 | Breach of Contract for $925,372.76; Date filed: 09/25/2025 | Circuit Court of OR, Washington County (Court Name)<br>150 N 1st Ave, MS37 (Number Street)<br>Hillsboro OR 97124 (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title: Nyberg CenterCal Owner, LLC vs Michael Barrett et al.<br>Case number: 26CV08150 | Breach of Contract for $347,976.67; Date filed: 02/12/2026 | Circuit Court of OR, Washington County (Court Name)<br>150 N 1st Ave, MS37 (Number Street)<br>Hillsboro OR 97124 (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

Debtor Erik Roy Timmons & Mary Grace Timmons Case number (if known)

First Name Middle Name Last Name

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- [x] No
- [ ] Yes. Fill in the details.

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

- [x] No
- [ ] Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

- [x] No
- [ ] Yes. Fill in the details.

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

- [x] No
- [ ] Yes. Fill in the details.

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

- [x] No
- [ ] Yes. Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- [x] No
- [ ] Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

- [ ] No
- [x] Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| PODS<br>Name of Storage Facility<br>PO Box 738452<br>Number Street<br>Dallas TX 75373<br>City State ZIP Code | Name<br>Number Street<br>City State ZIP Code | Simulators and equipment from closed business | [ ] No<br>[x] Yes |

## Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

- [ ] No
- [x] Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Yorke & Curtis, Inc.<br>Owner's Name<br>4480 SW 101st Ave<br>Number Street<br>Beaverton OR 97005<br>City State ZIP Code | 17043 SW Cobblestone Drive<br>Number Street<br>97140<br>City State ZIP Code | 2023 Chevy Tahoe - company truck | $ 30,000.00 |

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- ***Environmental law*** **means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.**
- ***Site*** **means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.**
- ***Hazardous material*** **means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.**

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

- [x] No
- [ ] Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

- [x] No
- [ ] Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

- [x] No
- [ ] Yes. Fill in the details.

Debtor Erik Roy Timmons & Mary Grace Timmons — First Name Middle Name Last Name — Case number (if known) ____________

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☑ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| Business | Describe the nature of the business / Name of accountant or bookkeeper | Employer Identification number (Do not include Social Security number or ITIN.) / Dates business existed |
|---|---|---|
| Northwest Sports and Outdoors LLC (Business Name)<br>7059 SW Nyberg St (Number Street)<br>Tualatin OR 97062 (City State ZIP Code) | Retail sales and consulting for sporting goods and outdoor equipment<br>**Name of accountant or bookkeeper:** William Farnum | EIN: 85–2138031<br>**Dates business existed:** From 07/22/2020 To Current |
| RJD, Incorporated (Business Name)<br>4480 SW 101st Ave. (Number Street)<br>Beaverton OR 97005 (City State ZIP Code) | Residential general contractor<br>**Name of accountant or bookkeeper:** Kelsey Fisher | EIN: 93–1294126<br>**Dates business existed:** From 05/04/2000 To Current |
| Timmons Solutions LLC (Business Name)<br>17043 SW Cobblestone Drive (Number Street)<br>Sherwood OR 97140 (City State ZIP Code) | Construction software consulting<br>**Name of accountant or bookkeeper:** Erik Timmons | EIN: 84–3862723<br>**Dates business existed:** From 03/08/2019 To Current |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

Debtor Erik Roy Timmons & Mary Grace Timmons
First Name Middle Name Last Name

Case number *(if known)* ____________

**Part 12: Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✘ ____________
Signature of Debtor 1

Date 03/18/2026

✘ Mary Timmons (Mar 24, 2026 09:10:26 PDT)
Signature of Debtor 2

Date 03/18/2026

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person ____________ Attach the Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1: Erik Roy Timmons
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): Mary Grace Timmons
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Oregon

Case number (if known): ____________

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

**12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Rocket Companies, Inc.<br>Description of property securing debt: 17043 SW Cobblestone Drive | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: ____________ | ☐ No<br>☑ Yes |
| Creditor's name: Cenlar FSB<br>Description of property securing debt: 17043 SW Cobblestone Drive | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: ____________ | ☐ No<br>☑ Yes |
| Creditor's name: Santander Consumer USA<br>Description of property securing debt: 2023 Audi e-tron | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: ____________ | ☑ No<br>☐ Yes |

| **Identify the creditor and the property that is collateral** | **What do you intend to do with the property that secures a debt?** | **Did you claim the property as exempt on Schedule C?** |
| --- | --- | --- |
| Creditor's name: Holly Reed<br>Description of property securing debt: 2016 Volvo XC60 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>☑ Yes |

**Part 2: List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Vivint Security<br>Description of leased property: Security company for Clubhouse Partners BVTN, LLC (not personally guaranteed) | ☑ No<br>☐ Yes |
| Lessor's name: Comcast Business<br>Description of leased property: Cable service for Clubhouse Partners VAN, Clubhouse Partners BVTN & Clubhouse Partners PDX (not personally guaranteed) | ☑ No<br>☐ Yes |
| Lessor's name: Mood Media / Play Network<br>Description of leased property: Sound system for Clubhouse Partners VAN, Clubhouse Partners BVTN, Clubhouse Partners PDX (not personally guaranteed) | ☑ No<br>☐ Yes |
| Lessor's name: Bargreen Ellingson<br>Description of leased property: Equipment leases for Clubhouse Partners VAN, Clubhouse Partners BVTN & Clubhouse Partners PDX (not personally guaranteed) | ☑ No<br>☐ Yes |

**Part 3: Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✘ [signature] Signature of Debtor 1

Date 03/18/2026
MM/DD/YYYY

✘ [signature] Mary Timmons (Mar 24, 2026 09:10:26 PDT)
Signature of Debtor 2

Date 03/18/2026
MM/DD/YYYY

**Fill in this information to identify your case:**

Debtor 1: Erik Roy Timmons
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): Mary Grace Timmons
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Oregon

Case number (If known) ____________________

**Check one box only as directed in this form and in Form 122A-1Supp:**

- ☑ 1. There is no presumption of abuse.
- ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).
- ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

Official Form 122A–1

# Chapter 7 Statement of Your Current Monthly Income

12/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.**

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.
   - ☐ **Not married.** Fill out Column A, lines 2-11.
   - ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.
   - ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**
     - ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.
     - ☐ **Living separately or are legally separated**. Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case**. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Debtor 1 | Debtor 2 | | *Column A* **Debtor 1** | *Column B* **Debtor 2 or non-filing spouse** |
|---|---|---|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | | | | $_____ | $_____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | | | | $_____ | $_____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | | | | $_____ | $_____ |
| 5. **Net income from operating a business, profession, or farm** | **Debtor 1** | **Debtor 2** | | | |
| Gross receipts (before all deductions) | $_____ | $_____ | | | |
| Ordinary and necessary operating expenses | – $_____ | – $_____ | | | |
| Net monthly income from a business, profession, or farm | $_____ | $_____ | Copy here➔ | $_____ | $_____ |
| 6. **Net income from rental and other real property** | **Debtor 1** | **Debtor 2** | | | |
| Gross receipts (before all deductions) | $_____ | $_____ | | | |
| Ordinary and necessary operating expenses | – $_____ | – $_____ | | | |
| Net monthly income from rental or other real property | $_____ | $_____ | Copy here➔ | $_____ | $_____ |
| 7. **Interest, dividends, and royalties** | | | | $_____ | $_____ |

Debtor 1 Erik Roy Timmons
First Name Middle Name Last Name

Case number (*if known*)______________________

| | *Column A* **Debtor 1** | *Column B* **Debtor 2 or non-filing spouse** |
|---|---|---|
| 8. **Unemployment compensation** | $__________ | $__________ |
| Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: | | |
| For you ........ $__________ | | |
| For your spouse ........ $__________ | | |
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $__________ | $__________ |
| 10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below. | | |
| ______________________ | $__________ | $__________ |
| ______________________ | $__________ | $__________ |
| Total amounts from separate pages, if any. | + $__________ | + $__________ |
| 11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $__________ + | $__________ = $__________ Total current monthly income |

## Part 2: Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11. ........ **Copy line 11 here→** $__________

Multiply by 12 (the number of months in a year). **x** 12

12b. The result is your annual income for this part of the form. 12b. $__________

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. [ ]

Fill in the number of people in your household. [ ]

Fill in the median family income for your state and size of household. ........ 13. $__________

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

Debtor 1 Erik Roy Timmons
First Name Middle Name Last Name

Case number (*if known*)

**Part 3: Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✘ ______________________________ Signature of Debtor 1

Date 03/18/2026
MM / DD / YYYY

✘ ______________________________ (Mar 24, 2026 09:10:26 PDT)
Signature of Debtor 2

Date 03/18/2026
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

**Fill in this information to identify your case:**

Debtor 1 Erik Roy Timmons
First Name Middle Name Last Name

Debtor 2 Mary Grace Timmons
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: District of Oregon

Case number ______________________
(If known)

☐ Check if this is an amended filing

Official Form 122A─1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2) 12/15

**File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

## Part 1: Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave on line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

   ☑ No. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes. Go to Part 2.

## Part 2: Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))**?**

   ☐ No. Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

      ☐ No. Go to line 3.

      ☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No. Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

      ☐ No. Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes. Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001**, for at least 90 days and remain on active duty**.**

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _______________, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days**, ending on _______________, which is fewer than 540 days before I file this bankruptcy case.

If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 22A-1. You are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

If your exclusion period ends before your case is closed, you may have to file an amended form later.

Aldrich Advisors
5665 Meadows Road #200
Lake Oswego, OR 97035

Amy Edwards, Esq.
Stoel Rives LLP
760 SW Ninth Ave., Suite 3000
Portland, OR 97205

Aubray N Canale, RN
2801 N. Gatenbein Ave.
Portland, OR 97227

Bank of America
Attn: Bankruptcy Department
475 Cross Point Pkwy, PO Box 9000
Getzville, NY 14068

Bargreen Ellingson
6626 Tacoma Mall Blvd
Tacoma, WA 98409

Caitlin E Wetzel Curry, MD
2801 N. Gatenbein Ave.
Portland, OR 97227

Capital One
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130

Cenlar FSB
425 Phillips Blvd.
Ewing, NJ 08618

CenterCal Properties, LLC
3200 Park Center Drive, Suite 1250
Costa Mesa, CA 92626

Clubhouse Partners BVTN, LLC
3805 SW 17th Ave, Ste 120
Beaverton, OR 97005

Clubhouse Partners BVTN, LLC
4480 SW 101St Ave
Beaverton, OR 97005

Clubhouse Partners PDX, LLC
7059 SW Nyberg St
Tualatin, OR 97062

Clubhouse Partners VAN, LLC
100 N Howard St Ste R
Spokane, WA 99201

Comcast Business
Attn: Legal Department
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103

Elizabeth Farnum
16933 SW Cobblestone Drive
Sherwood, OR 97140

Emery Management Services, Inc.
20347 SW Lavender Pl
Sherwood, OR 97140

Firstsource Advantage
205 Bryant Woods South
Buffalo, NY 14228

Fundbox Inc. / Intuit
5760 Legacy Dr Ste B3-535
Plano, TX 75024

Holli Parker, RN
2801 N Gantenbein Ave
Portland, OR 97227

Holly Reed
23725 SW Brittany Ln
Sherwood, OR 97140

Joshua D. Stadtler, Esq.
Dunn Carney
851 SW Sixth Ave. Suite 1500
Portland, OR 97204

Kirkwood Properties Two, LLC
2101 NE 129th St. Suite 200
Vancouver, WA 98686

Kirkwood Properties Two, LLC
2101 NE 129th St., Suite 200
Vancouver, WA 98686

Legacy Emanuel Medical Center
501 N Graham St
Portland, OR 97227

Madeleine C Duarte, MD
700 SW Campus Dr.
Portland, OR 97239

Metropolitan Pediatrics Bridgeport
7213 SW Hazel Fern Road
Portland, OR 97224

Michael Barrett
11881 SW Barcelona Street
Wilsonville, OR 97070

Michelle Barrett
11881 SW Barcelona Street
Wilsonville, OR 97070

Mood Media / Play Network
2100 S IH-35, Frontage Road
Suite 201
Austin, TX 78704

Northwest Sports and Outdoors LLC
16933 SW Cobblestone Dr
Sherwood, OR 97140

Nyberg CenterCal Owner, LLC
3200 Park Center Drive, Suite 1250
Costa Mesa, CA 92626

Oregon Health and Science University Hospital
3181 Sw Sam Jackson Park Rd
Portland, OR 97239

Providence Bridgeport Health Center
18040 SW Lower Boones Ferry Rd #102
Portland, OR 97224

Randall Children’s Hospital at Legacy
2801 N Gantenbein Ave
Portland, OR 97227

Rocket Companies, Inc.
1050 Woodward Ave.
Detroit, MI 48226

Santander Consumer USA
Attn: Bankruptcy Department
PO Box 961245
Fort Worth, TX 76161

Schnitzer Properties, LLC
PO Box 4500, Unit 39
Portland, OR 97208

Square Financial Services, Inc.
Attn: Legal Department
1455 Market Street, Suite 600
San Francisco, CA 94103

State of Washington
Department of Revenue
PO Box 1648
Vancouver, WA 98668

Stephen Emery
20347 SW Lavender Pl
Sherwood, OR 97140

Summit Bank
96 East Broadway
Eugene, OR 97401

TaylorMade Golf Company, Inc.
5545 Fermi Court
Carlsbad, CA 92008

Timmons Solutions, LLC
17043 SW Cobblestone
Beaverton, OR 97005

Vivint Security
62992 Collections Drive
Chicago, IL 60693

Washington County
Dept of Assessment
155 N. 1st Ave., Suite 130, MS8
Hillsboro, OR 97124

William Farnum
16933 SW Cobblestone Drive
Sherwood, OR 97140

United States Bankruptcy Court
District of Oregon

In re: Erik Roy Timmons & Mary Grace Timmons

Debtor(s)

Case No.

Chapter 7

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 03/18/2026

Signature of Debtor

Mary Timmons (Mar 24, 2026 09:10:26 PDT)

Signature of Joint Debtor

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy**, and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation
- Chapter 11 — Reorganization
- Chapter 12 — Voluntary repayment plan for family farmers or fishermen
- Chapter 13 — Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7: Liquidation

| | | |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;
- most student loans;
- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $78 | administrative fee |
| | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $78 | administrative fee |
| | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to: http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.
- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days ***before*** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

Oregon District Of Oregon

**In re**
Erik Timmons & Mary Timmons

**Debtor**

Case No. 

Chapter 7

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ Hourly Fees* |
| Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 7,447.50 (plus $338 filing fee) |
| Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ Undetermined |

* Joe Field $685/hr
Jenny Schrader $250/hr

2. The source of the compensation paid to me was:

☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6**, all on an hourly basis and not for any flat fee.**

a. Analysis of the debtors' financial situation, and rendering advice to the debtors in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtors at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e. **Pre-bankruptcy advisory work on winding up debtors' businesses.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 03/25/2026 | /s/ Joseph Field |
| *Date* | *Signature of Attorney* |
| | FIELD JERGER LLC |
| | *Name of law firm* |